**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Harley Ferch,

Plaintiff,

v.

Federal Medical Center, et al.,

Defendants.

Civil No. 00-2221 JMR/AJB

**ORDER VACATING REPORT AND RECOMMEDATION DATED NOVEMBER 16, 2000**

This Court issued a Report and Recommendation to the District Court on November 16, 2000, therein recommending dismissal of the action for failure to pay an initial partial filing fee. Thereafter, it came to the Court's attention that plaintiff had submitted an initial partial payment in this matter, but that the payment was allocated to a different case which had been filed in District Court and for which fees have not been fully paid. The payment in the amount of $10.00 has subsequently been applied to this file, Civil No. 00-2221, and the matter is now ripe for further review of plaintiff's IFP application and for screening pursuant to 28 U.S.C. §1915A.

Based upon the plaintiff initial partial filing fee payment, **IT IS HEREBY ORDERED** that the Report and Recommendation dated November 16, 2000, is **vacated**. Further review will be conducted pursuant to 28 U.S.C. §1915(b)(1) and/or 28 U.S.C. §1915A.

Dated: 11/22/00

Arthur J. Boylan
United States Magistrate Judge

FILED NOV 22 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____