# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Harley Ferch

Case No. Civil 00-2221 JMR/AJB

v.

**JUDGMENT IN A CIVIL CASE**

Federal Medical Center, et al., Constance Reese, and Jenni Eveslage

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

1. Plaintiff's application to proceed without prepayment of fees is denied;

2. This action is summarily dismissed pursuant to 28 U.S.C. 1915A(b)(1);

3. Plaintiff is required to pay the unpaid balance of the Court filing fee, namely $140,00, in accordance with 28 U.S.C. 1915(b)(2); and

4. For purposes of 28 U.S.C. 1915(g), this action is dismissed "on the grounds that it is frivolous, malicious, or fails to state a claim on which relief may be granted."

DATE: December 28, 2000

FRANCIS E. DOSAL, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk

13